WIGWAM BOWLING & ATHLETIC CLUB v. ESCAJEDA et al.   (No. 651.)

(Court of Civil Appeals of Texas. El Paso. June 29, 1916.)

MANDAMUS  ⟺154(7) — APPLICATION — DEMAND AND REFUSAL.

On application for mandamus to require a clerk of court to approve and file a supersedeas bond, where the application does not show the clerk refused to perform his duty, the writ will not issue against him.

[Ed. Note.—For other cases, see Mandamus, Cent. Dig. § 308; Dec. Dig. ⟺154(7).]

Original application for mandamus by the Wigwam Bowling & Athletic Club against J. A. Escajeda and another. Application granted in part, and denied in part.

W. D. Howe, of El Paso, for relator. P. H. Marcum, of El Paso, for respondents.

HARPER, C. J. This is an original application for writ of mandamus to require the trial judge of the Thirty-Fourth district to fix the amount of the bond upon appeal necessary to supersede the final judgment granting an injunction, and to require the clerk of the court to approve and file the same.

As to the district judge, this application is the same as to allegations as cause No. 645, Ætna Club v. Jackson, 187 S. W. 971, this day handed down, and this application is granted for the reasons given in said cause.

As to the clerk, the application does not show that he has refused to perform his duty, so the writ will not issue against him.